```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv5272 (DLC)
KATAMAN METALS, LLC,                      :
                                          :         ORDER
                         Plaintiff,       :
            -v-                           :
                                          :
MACQUARIE FUTURES USA, LLC,               :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 2, 2022, the defendant moved to dismiss the complaint pursuant to Rules 12(b)(6) and 9(b), Fed. R. Civ. P. On September 23, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's September 2 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **October 7, 2022**. If the defendant renews their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **October 28, 2022**. Defendant's reply, if any, shall be filed by **November 11, 2022**. At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 23, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge

2