# BRACEWELL

October 19, 2022

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Kataman Metals, LLC v. Macquarie Futures USA, LLC*
      Case No. 1:22-cv-5272-DLC

Dear Judge Cote:

    We represent defendant Macquarie Futures USA, LLC ("Macquarie") and write pursuant to Rule 1.E of the Court's Individual Practices in Civil Cases to request an adjournment of the Initial Pretrial Conference, currently scheduled for November 10, 2022.

    On October 31, 2022, Macquarie will file a renewed motion to dismiss the entirety of the claims set forth in plaintiff Kataman Metals, LLC's ("Kataman") Amended Complaint. As ordered by Your Honor on September 30, 2022, briefing of the motion to dismiss will be completed on or before December 21, 2022. An adjournment of the Initial Pretrial Conference and related discovery obligations pending a determination of the motion to dismiss will prevent the potentially unnecessary use of the Court's resources and those of the parties.

    This is Macquarie's first request for an adjournment of the Initial Pretrial Conference. Kataman does not consent to the adjournment and wishes to go forward with the conference.

Rachel Goldman
Partner

T:+1.212.508.6135     F: +1.800.404.3970
31 West 52nd Street, 19th Floor, New York, New York 10019-6118
rachel.goldman@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

Hon. Denise L. Cote
October 19, 2022
Page 2

      We appreciate the Court's consideration of this request.

                    Respectfully submitted,

                    /s/ Rachel Goldman

                    Rachel Goldman

cc:    Counsel of Record (via ECF)

*[Handwritten note:] The November 10 conference is cancelled.*

*/s/ Denise Cote*
*10/19/22*