**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KATAMAN METALS, LLC,

                Plaintiff,

   -against-                                    22 **CIVIL** 5272 (DLC)

**JUDGMENT**

MACQUARIE FUTURES USA, LLC,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 4, 2023, the defendant's October 31, 2022 motion to dismiss is granted. The CEA claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims, and they are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

      April 5, 2023

                                                      **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                    **BY:**            K. Mango

                                                             **Deputy Clerk**